PROB 12C
(6/16)

Report Date: January 15, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lawrence Ement Macken                     Case Number: 0980 2:09CR00149-RHW-1

Address of Offender: ▮▮▮▮▮▮▮▮ Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 18, 2011

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 120 months                Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:   Stephanie A. Van Marter          Date Supervision Commenced: August 28, 2019

Defense Attorney:      Jaime Hawk                       Date Supervision Expires: August 27, 2022

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Lawrence Ement Macken is considered to be in violation of mandatory condition number 2 of his supervised release by being charged with felon in possession of a firearm, in a criminal complaint in the Eastern District of California, docket number 2:20-MJ0006-KJN, on December 12, 2019. |
| | On September 3, 2019, an officer from the Yakima U.S. Probation Office met with Lawrence Ement Macken and reviewed the conditions of supervision as outlined in the Judgement and Sentence. Mr. Macken signed, acknowledging the requirements. He was provided with a copy of the signed document. |
| | This officer received information from the Stockton Police Department indicating on December 12, 2019, they received information of a suspicious vehicle. The police department utilized their camera system and identified a male and female in a vehicle with a Washington license plate in the reported area. The camera operator noted there appeared to be a semiautomatic handgun on the console of the vehicle. The operator noted the vehicle was leaving the area. |

Officers located and stopped the vehicle. Officers directed the driver to exit the vehicle. Prior to exiting, the driver was observed placing something on the dash portion of the vehicle. The driver exited the car, was handcuffed and placed in a police vehicle. The driver was subsequently identified as Lawrence Macken. The female passenger was removed from the vehicle.

Officers observed in plain view a black handgun on the driver's side dash near the driver's door. The item was left in its place and an evidence technician was contacted. Upon arrival of the evidence technician, one of the officers removed the firearm. The firearm was determined to be a Bersa Firestorm .380, serial number G01363. The officer removed the magazine and observed there were six live rounds in the magazine. The officer also removed one live round from the chamber of the firearm. A records check determined the firearm had been stolen and was reported to the San Joaquin County Sheriff's Office.

An officer contacted the local Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) who confirmed the firearm had been manufactured outside the State of California. The firearm, therefore, has been transported in interstate commerce. The officer also determined Mr. Macken has multiple convictions of crimes punishable by imprisonment for a term exceeding 1 year.

During a search of the vehicle, officers located three masks, two wigs, and two portable scanners.

2      **Mandatory Condition #5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

**Supporting Evidence**: Lawrence Ement Macken is considered to be in violation of mandatory condition number 5 of his supervised release by being arrested and charged with felon in possession of a firearm, in a criminal complaint in the Eastern District of California, docket number 2:20-MJ0006-KJN, on December 12, 2019.

On September 3, 2019, an officer from the Yakima U.S. Probation Office met with Lawrence Ement Macken and reviewed the conditions of supervision as outlined in the Judgement and Sentence. Mr. Macken signed, acknowledging the requirements. He was provided with a copy of the signed document.

The violation behavior captured in violation number one encompasses this alleged violation as well.

3      **Standard Condition #1**: The defendant shall not leave the jurisdiction without the permission of the Court or the probation officer.

**Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Lawrence Ement Macken is considered to be in violation of standard condition number 1 and number 3 of his supervised release by leaving the Eastern District of Washington and failing not notify his probation officer prior to leaving the district on or about December 12, 2019.

Prob12C
**Re: Macken, Lawrence Ement**
**January 15, 2020**
**Page 3**

> On September 3, 2019, an officer from the Yakima U.S. Probation Office met with Lawrence Ement Macken and reviewed the conditions of supervision as outlined in the Judgement and Sentence. Mr. Macken signed, acknowledging the requirements. He was provided with a copy of the signed document.
>
> On November 7, 2019, this officer met with Mr. Macken at his residence in Moses Lake, Washington. He advised his mother passed away the previous week and requested permission to travel to Stockton, California, to lay her to rest. Mr. Macken indicated he would be in California for about a week for his mother's funeral services and then would be back in Moses Lake. He agreed to contact this officer when he left Moses Lake to travel to California, arrived in Stockton and finally, once he was back in Moses Lake. He was granted permission to travel with the agreement he would provide this officer with a leave and return date and the address of where he would be staying. Mr. Macken provided this officer with the address but no travel dates. Although the offender agreed he would contact this officer once he arrived in Stockton, California, his last contact with this officer was on November 7, 2019, through text messaging.
>
> This officer learned Mr. Macken was in California the day he was arrested on December 12, 2019.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 15, 2020

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

Prob12C
Re: Macken, Lawrence Ement
January 15, 2020
Page 4

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Robert A. Whaley* (signature)

Signature of Judicial Officer

1/16/2020

Date